# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**724**

**CA 16-00041**

PRESENT: WHALEN, P.J., CARNI, LINDLEY, DEJOSEPH, AND NEMOYER, JJ.

---

IN THE MATTER OF MODERN DISPOSAL, INC.,
PETITIONER-APPELLANT,

V                                                                    ORDER

TOWN OF CHEEKTOWAGA AND WASTE MANAGEMENT OF
NEW YORK, LLC, RESPONDENTS-RESPONDENTS.

---

RICHARD A. PALUMBO, PITTSFORD, FOR PETITIONER-APPELLANT.

CHELUS, HERDZIK, SPEYER & MONTE, P.C., BUFFALO (KEVIN E. LOFTUS OF COUNSEL), FOR RESPONDENT-RESPONDENT TOWN OF CHEEKTOWAGA.

HARRIS BEACH PLLC, BUFFALO (RICHARD T. SULLIVAN OF COUNSEL), FOR RESPONDENT-RESPONDENT WASTE MANAGEMENT OF NEW YORK, LLC.

---

Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (Joseph R. Glownia, J.), entered December 3, 2015 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.

Entered:  November 10, 2016                     Frances E. Cafarell
                                                Clerk of the Court